# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 280 WAL 2022

        Petitioner

                               :   Petition for Allowance of Appeal
                               :   from the Order of the Superior Court

        v.

RYAN DENNIS SNYDER,

        Respondent

COMMONWEALTH OF PENNSYLVANIA,     :   No. 281 WAL 2022

        Petitioner

                               :   Petition for Allowance of Appeal
                               :   from the Order of the Superior Court

        v.

RYAN DENNIS SNYDER,

        Respondent

COMMONWEALTH OF PENNSYLVANIA,     :   No. 282 WAL 2022

        Petitioner

                               :   Petition for Allowance of Appeal
                               :   from the Order of the Superior Court

        v.

RYAN DENNIS SNYDER,

         Respondent

COMMONWEALTH OF PENNSYLVANIA,     :   No. 283 WAL 2022

        Petitioner

                               :   Petition for Allowance of Appeal
                               :   from the Order of the Superior Court

        v.

|  | : |  |
|  | : |  |
| RYAN DENNIS SNYDER, | : |  |
|  | : |  |
| Respondent | : |  |
|  | : |  |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 284 WAL 2022 |
|  | : |  |
| Petitioner | : |  |
|  | : | Petition for Allowance of Appeal |
|  | : | from the Order of the Superior Court |
| v. | : |  |
|  | : |  |
|  | : |  |
| RYAN DENNIS SNYDER, | : |  |
|  | : |  |
| Respondent | : |  |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.